PROB 22 (Rev. 2/88)

**JUDGE BUCKLO**   **MAGISTRATE JUDGE SCHENKIER**

# TRANSFER OF JURISDICTION

## 08CR 0092

DOCKET # (Trans. Court): 053L 2:03CR00297-002 J

DOCKET # (Rec. Court):

RECEIVED JAN 2 4 [2008]
PROBATION OFFICE
CHICAGO, ILLINOIS

**NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:**
Anita Gibson

| DISTRICT | DIVISION | NAME OF SENTENCING JUDGE |
|---|---|---|
| Louisiana Eastern | New Orleans | Carl J. Barbier |

| Date of Probation/Supervised Release: | FROM | TO |
|---|---|---|
|  | March 15, 2007 | March 14, 2010 |

**Offense**

CONSPIRACY TO DEFRAUD THE UNITED STATES

### PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the **Eastern District of Louisiana**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District court for the ND/IL upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

November 7, 2007
DATE

[signature]
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the ND/IL

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

JAN 3 0 2008
DATE

[signature - James F. Holderman]
UNITED STATES DISTRICT JUDGE

MEF

**FILED**
JAN 3 1 2008 CM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT