## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

LORETTA G. WHYTE
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

February 15, 2008

# FILED

Mr. Michael W. Dobbins
Clerk, United States District Court
Northern District of Illinois
219 South Dearborn Street

Chicago, Illinois 60604

**FEB 2 0 2008**

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

08 CR 92

Re: Criminal Case No. 03-297, J
United States of America
vs.
Anita Gibson

Dear Mr. Michael W. Dobbins:

On 2/15/08, the Honorable Carl J. Barbier, United States District Judge for this district, entered an order transferring jurisdiction of supervised release as to defendant Anita Gibson to the Northern District of Illinois.

Pursuant to said order and acceptance of jurisdiction by the Northern District of Illinois, we are forwarding herewith a certified copy of the Anita Gibson docket sheet. The official court record for the Eastern District of Louisiana is the electronic case filing systems, CM/ECF. Plea  .  .  you may access this database to obtain original pleadings.                                          ase use your court's Pacer account and password to access                                          please do not hesitate to contact us.

Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

LORETTA G. WHYTE, CLERK

By: _____
Deputy Clerk

Enclosures

PROB 22 (Rev. 2/88)

JUDGE BUCKLO     MAGISTRATE JUDGE SCHENKIER

**TRANSFER OF JURISDICTION** 2008 FEB 11

08CR     0092

DOCKET # (Trans. Court)
063220 1CR00297-002 J

DOCKET # (Rec. Court)

LORETTA G. WHYTE
CLERK

RECEIVED
JAN 2 ... 2008
PROBATION OF
CHICAGO ILLINOIS

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | NAME OF SENTENCING JUDGE |
|---|---|
| Anita Gibson | Carl J. Barbier |
| | FROM | TO |
| Date of Probation/Supervised Release: | March 15, 2007 | March 14, 2010 |

Offense

CONSPIRACY TO DEFRAUD THE UNITED STATES

PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Eastern District of Louisiana

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District court for the ND/IL upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

| November 7, 2007 | _(signature)_ |
|---|---|
| DATE | UNITED STATES DISTRICT JUDGE |

*This sentence may be deleted in the discretion of the transferring Court.

PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the ND/IL

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

| JAN 3 0 2008 | _(signature)_ James F. Holderman |
|---|---|
| DATE | UNITED STATES DISTRICT JUDGE |
| MEF | |

DOCKETED
FEB 4 2008

Process ___
x Dktd ___
✓ CtRmDep ___
Doc. No. ___

FILED

CLERK'S OFFICE
A TRUE COPY
FEB 1 5 2008
_(signature)_
Deputy Clerk U.S. District Court
Eastern District Of Louisiana
New Orleans, La

JAN 3 1 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



**MICHAEL W. DOBBINS**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**February 4, 2008**

*Filed*
DISTRICT ~~ U~~
~~EAST~~ DISTRICT OF LA
2008 FEB 11 PM 1:48
LORETTA G. WHYTE
CLERK

(504) 435-5698

Cr. 03-297

Sect 5

Ms. Loretta G. Whyte
Clerk
United States District Court
C-151 Hale Boggs Federal Building
 United States Courthouse
500 Poydras Street
New Orleans, LA 70130

Dear Clerk:

**Re:**   US v Anita Gibson

> Our case number:   - 08 cr 92; Northern District of Illinois

Dear Clerk:

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Anita Gibson , which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with  the enclosed copy of this letter to the United States District Court at the above address.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:

Deputy Clerk
Yvette Pearson

Enclosure

CLOSED, MAG-2, MULTI

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
## CRIMINAL DOCKET FOR CASE #: 2:03-cr-00297-CJB-2
### Internal Use Only

Case title: USA v. Gray, et al

Date Filed: 09/19/2003
Date Terminated: 03/17/2004

Assigned to: Judge Carl J. Barbier

**Defendant**

**Anita Gibson** (2)
*TERMINATED: 03/17/2004*

represented by **Anita Gibson**
28608-034
Federal Correctional Institute
33 1/2 Pembroke Station
Danbury, CT 06811-3099
PRO SE

**John Harvey Craft**
John H. Craft, Attorney at Law
829 Baronne Street
New Orleans, LA 70113
504-581-9322
Email: jhcraft@bellsouth.net
*TERMINATED: 10/22/2003*
*LEAD ATTORNEY*
*Designation: Public Defender*
*Appointment*

**Virginia Laughlin Schlueter**
Federal Public Defender (New Orleans)
Hale Boggs Federal Building
500 Poydras St.
Room 318
New Orleans, LA 70130
504-589-7930
Email: Virginia_Schlueter@fd.org
*TERMINATED: 10/22/2003*
*LEAD ATTORNEY*
*Designation: Public Defender*
*Appointment*

**Willard W. Hill, Jr.**



CLERK'S OFFICE
A TRUE COPY
FEB 1 5 2008
Deputy Clerk U.S. District Court
Eastern District Of Louisiana
New Orleans, La

Willard W. Hill, Jr., Attorney at Law
2560 Overlook Road
#2
Cleveland Heights, OH 44106
504-258-0990
*TERMINATED: 03/17/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**                                        **Disposition**

18:371 CONSPIRACY W/INTENT TO
DEFRAUD, TRAFFIC IN, & USE
ONE OR MORE UNAUTHORIZED
ACCESS DEVICES DURING A
ONE-YEAR PERIOD TO OBTAIN            sentencing held 3/17/04
ANYTHING OF VALUE
AGGREGATING $1,000.00 OR
MORE, SAID USE AFFECTING
INTERSTATE COMMERCE
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                     **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                            **Disposition**

None

**Plaintiff**

**United States of America**            represented by   **Joseph Albert Aluise**
                                                        U. S. Attorney's Office
                                                        Hale Boggs Federal Bldg.
                                                        500 Poydras St.
                                                        Room 210
                                                        New Orleans, LA 70130
                                                        504-680-3000

Email: jaluise@entergy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eneid A. Francis**
U. S. Attorney's Office (New Orleans)
500 Poydras St.
Room B210
New Orleans, LA 70130
504-680-3060
Email: eneid.francis@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2003 | 1 | INDICTMENT by USA against Mary Gray (1) count(s) 1, Anita Gibson (2) count(s) 1, Joe Potts (3) count(s) 1 (sek) (Entered: 09/19/2003) |
| 09/19/2003 | 2 | GRAND JURY RETURN: as to defendant Mary Gray, defendant Anita Gibson, defendant Joe Potts ; ARREST WARRANT issued for defendant Mary Gray, defendant Anita Gibson, defendant Joe Potts (sek) (Entered: 09/19/2003) |
| 09/19/2003 | | (Court only) (UTILITY) CAPIAS issued for Anita Gibson (sek) (Entered: 09/19/2003) |
| 10/16/2003 | 3 | NOTICE of arraignment set for 2:00 on 10/16/03 for dfts Mary Gray, Anita Gibson & Joe Potts bfr Mag Judge Moore (sek) (Entered: 10/17/2003) |
| 10/16/2003 | 7 | MINUTE ENTRY (10/16/03) (Filed 10/17/03) as to defendant Anita Gibson, initial appearance of Anita Gibson w/o counsel ; dft requested court-appointed counsel; FPD appointed; dft remanded to USM; arraignment set for 2:00 10/20/03 & detention hearing set for 2:00 10/20/03 for dft Anita Gibson , by Magistrate Judge Louis Moore Jr. (sek) (Entered: 10/17/2003) |
| 10/16/2003 | | (Court only) Docket Modification (Utility) as to defendant Mary Gray, defendant Anita Gibson, defendant Joe Potts (sek) (Entered: 10/17/2003) |
| 10/17/2003 | | (Court only) Utility event: Control page printed for [3-1] Scheduling order arraignment set for 2:00 on 10/16/03 for dfts Mary Gray, Anita Gibson & Joe Potts, [3-2] hearing notice (sek) (Entered: 10/17/2003) |
| 10/17/2003 | 6 | ORDER as to defendant Anita Gibson for appointment of counsel as to Anita Gibson appointing attorney Virginia Laughlin Schlueter, FPD , by Magistrate Judge Louis Moore Jr. (sek) (Entered: 10/17/2003) |
| 10/20/2003 | 17 | MINUTE ENTRY (10/20/03) (Filed 10/23/03) as to defendant Anita Gibson, Ordered that the detention hearing & arraignment are |

|  |  | CONTINUED to 2:00 on 10/22/03 for dft Anita Gibson , by Magistrate Judge Joseph C. Wilkinson Jr. (sek) (Entered: 10/23/2003) |
|---|---|---|
| 10/22/2003 | 16 | CJA Form 20 Copy 4 (Appointment of Counsel) as to defendant Anita Gibson, Attorney Willard W. Hill Jr. replacing attorney Virginia Laughlin Schlueter for Anita Gibson, by Magistrate Judge Louis Moore Jr. Date Signed: 10/16/03 (sek) (Entered: 10/23/2003) |
| 10/22/2003 | 18 | MINUTE ENTRY (10/22/03) (Filed 10/23/03) as to defendant Anita Gibson, dft Anita Gibson arraigned; not guilty plea entered; Attorney Willard Hill, Jr. present; dft remanded to USM ; pretrial conference set for 10:30 11/13/03 & jury trial set for 8:30 12/8/03 for dft Anita Gibson bfr Judge , by Magistrate Judge Joseph C. Wilkinson Jr. (sek) (Entered: 10/23/2003) |
| 10/22/2003 | 19 | MINUTE ENTRY (10/22/03) as to defendant Anita Gibson, detention hearing held on 10/22/03 ; dft is not entitled to release; dft remanded to USM; stipulated that if the pretrial services officer were called to testify, said testimony would be consistent w/that contained in his report, by Magistrate Judge Joseph C. Wilkinson Jr. (sek) (Entered: 10/23/2003) |
| 10/23/2003 | 20 | NOTICE of jury trial set for 8:30 12/8/03 & pretrial conference set for 10:30 11/13/03 for dfts Mary Gray, Anita Gibson, Joe Potts bfr Judge (sek) (Entered: 10/24/2003) |
| 10/24/2003 |  | (Court only) Utility event: Control page printed for [20-1] Scheduling order jury trial set for 8:30 12/8/03 & pretrial conference set for 10:30 11/13/03 for dfts Mary Gray, Anita Gibson, Joe Potts, [20-2] hearing notice (sek) (Entered: 10/24/2003) |
| 11/05/2003 | 21 | NOTICE of re-arraignment set for 3:30 11/12/03 for dfts Mary Gray, Joe Potts bfr Judge (sek) (Entered: 11/07/2003) |
| 11/07/2003 |  | (Court only) Utility event: Control page printed for [21-1] Scheduling order re-arraignment set for 3:30 11/12/03 for dfts Mary Gray, Joe Potts, [21-2] hearing notice (sek) (Entered: 11/07/2003) |
| 11/14/2003 |  | (Court only) Utility event: Control page printed for [22-1] Scheduling order, [22-2] Scheduling order, [22-3] Scheduling order, [22-4] Scheduling order sentencing set for 1:30 1/21/04 for dft Mary Gray, [22-5] Scheduling order the pretrial conf & jury trial of this dft are canceled, [22-6] minutes (sek) (Entered: 11/14/2003) |
| 11/14/2003 |  | (Court only) Utility event: Control page printed for [25-1] Scheduling order, [25-2] Scheduling order, [25-3] Scheduling order, [25-4] Scheduling order sentencing set for 1:30 1/21/04 for dft Joe Potts, [25-5] Scheduling order the pretrial conf & jury trial of this dft are canceled, [25-6] minutes (sek) (Entered: 11/14/2003) |
| 11/14/2003 | 28 | NOTICE of sentencing set for 1:30 1/21/04 for dfts Mary Gray, Joe Potts bfr Judge (sek) (Entered: 11/14/2003) |

| 11/14/2003 | | (Court only) Utility event: Control page printed for [28-1] Scheduling order sentencing set for 1:30 1/21/04 for dfts Mary Gray, Joe Potts, [28-2] hearing notice (sek) (Entered: 11/14/2003) |
|---|---|---|
| 11/14/2003 | 29 | NOTICE of re-arraignment set for 1:30 12/3/03 for dft Anita Gibson bfr Judge (sek) (Entered: 11/14/2003) |
| 11/14/2003 | | (Court only) Utility event: Control page printed for [29-1] Scheduling order re-arraignment set for 1:30 12/3/03 for dft Anita Gibson, [29-2] hearing notice (sek) (Entered: 11/14/2003) |
| 11/14/2003 | 30 | MINUTE ENTRY (11/12/03) this Court was notified on 11/12/03 that a re-arraignment is being scheduled for dft, Anita Gibson; because all other dfts in this case have previously been re-arraigned, the pretrial conf set for 11/13/03 is cancelled , by Judge Carl J. Barbier (sek) (Entered: 11/17/2003) |
| 12/03/2003 | 31 | SMOOTH Minutes/RE-ARRAIGNMENT (held 12/3/03) as to dft Anita Gibson, Reported/Recorded by Karen Ibos; dft present to w/draw former plea of not guilty as to count 1 & enters a plea of guilty to same; plea accepted & dft is ADJUDGED GUILTY on plea of guilty; PSI Ordered; dft is remanded; sentencing set for 1:30 3/17/04 for dft Anita Gibson ; pre-trial conf & jury trial of this dft are canceled , by Judge Carl J. Barbier (sek) (Entered: 12/04/2003) |
| 12/03/2003 | 32 | FACTUAL BASIS as to defendant Anita Gibson (sek) (Entered: 12/04/2003) |
| 12/03/2003 | 33 | PLEA Agreement as to dft Anita Gibson (sek) (Entered: 12/04/2003) |
| 12/03/2003 | 34 | NOTICE of sentencing set for 1:30 3/17/04 for dft Anita Gibson bfr Judge (sek) (Entered: 12/04/2003) |
| 12/04/2003 | | (Court only) Utility event: Control page printed for [31-1] Scheduling order, [31-2] Scheduling order, [31-3] Scheduling order, [31-4] Scheduling order sentencing set for 1:30 3/17/04 for dft Anita Gibson, [31-5] Scheduling order pre-trial conf & jury trial of this dft are canceled, [31-6] minutes (sek) (Entered: 12/04/2003) |
| 12/04/2003 | | (Court only) Utility event: Control page printed for [34-1] Scheduling order sentencing set for 1:30 3/17/04 for dft Anita Gibson, [34-2] hearing notice (sek) (Entered: 12/04/2003) |
| 12/08/2003 | 36 | Re-NOTICE of sentencing set for 1:30 3/17/04 for dfts Mary Gray, Anita Gibson, Joe Potts bfr Judge (sek) (Entered: 12/10/2003) |
| 12/10/2003 | | (Court only) Utility event: Control page printed for [36-1] Scheduling order sentencing set for 1:30 3/17/04 for dfts Mary Gray, Anita Gibson, Joe Potts, [36-2] hearing notice (sek) (Entered: 12/10/2003) |
| 03/17/2004 | 38 | MOTION and ORDER that pursuant to USSG 3E1.1(b) the downward adjustment for defendant Anita Gibson's acceptance of responsibility is 3 levels filed by plaintiff USA by Judge Carl J. Barbier (ca) (Entered: |

| | | 03/22/2004) |
|---|---|---|
| 03/17/2004 | 41 | (Filed 3/22/04) JUDGMENT and Commitment as to dft Anita Gibson, Reported/Recorded by Karen Ibos; Anita Gibson (2) 1 sentencing held 3/17/04 ; dft is committed to the custody of the BOP to be imprisoned for 60 months as to count 1; dft is entitled to credit for time served from 10/13/02 to date of sentencing; recommendations to the BOP are as set forth in doc; upon release from imprisonment dft shall be on supervised release for 3 years as to count 1; addl conditions of supervised release are as set forth in doc; dft remanded to USM; dft must make restitution in the amount of $39,889.78 as set forth in doc, Special Assessment fee of $100.00, by Judge Carl J. Barbier Date Signed: 3/22/04 (sek) Modified on 03/23/2004 (Entered: 03/23/2004) |
| 03/23/2004 | | (Court only) Utility event: Control page printed for [40-1] Scheduling order Mary Gray (1) count(s) 1; sentencing held 3/17/04, [40-2] Scheduling order, [40-3] judgment (sek) (Entered: 03/23/2004) |
| 03/23/2004 | | (Court only) Utility event: Control page printed for [41-1] Scheduling order Anita Gibson (2) 1; sentencing held 3/17/04, [41-2] Scheduling order, [41-3] judgment (sek) (Entered: 03/23/2004) |
| 03/23/2004 | | (Court only) Utility event: Control page printed for [42-1] Scheduling order Joe Potts (3) count(s) 1; sentencing held 3/17/04, [42-2] Scheduling order, [42-3] Scheduling order, [42-4] judgment (sek) (Entered: 03/23/2004) |
| 03/23/2004 | | (Court only) Utility event: Bar code printed for [39-1] motion order that pursuant to USSG 3E1.1(b) the downward adjustment for defendant Mary Gray's acceptance of responsibility is 3 levels, [39-2] minute entry (ca) (Entered: 03/23/2004) |
| 03/24/2004 | 44 | ARREST Warrant returned executed as to defendant Anita Gibson; defendant arrested on 3/17/04 (sek) (Entered: 03/25/2004) |
| 06/25/2004 | 49 | MOTION for reconsideration of restitution & lower base offense level by Anita Gibson to be heard before Judge Carl J. Barbier; no hrg date set (sek) Modified on 06/28/2004 (Entered: 06/28/2004) |
| 07/20/2004 | 50 | MINUTE ENTRY (7/20/04) as to defendant Anita Gibson, Ordered that dft's motion for reconsideration of restitution & lower base offense level [49-1] is DENIED, by Judge Carl J. Barbier (sek) (Entered: 07/20/2004) |
| 09/02/2004 | 51 | CJA Form 20 (Attorney Payment Voucher) as to defendant Anita Gibson for services provided by attorney in the amount of $1,692.00 to be paid to Willard W. Hill, Jr., by Judge Carl J. Barbier Date Signed: 8/25/04 (sek) (Entered: 09/17/2004) |
| 05/27/2005 | ☎52 | MOTION for Reconsideration of restitution by Anita Gibson. (dno, ) (Entered: 06/06/2005) |

| 06/10/2005 | ●53 | ORDER denying 52 Motion for Reconsideration of restitution as to Anita Gibson (2). Signed by Judge Carl Barbier on 6/10/05. (sek, ) (Entered: 06/10/2005) |
|---|---|---|
| 06/29/2006 | ●54 | ORDER AMENDING JUDGMENT 41 re judgment & commitment of 3/17/04; RESTITUTION is ordered in the amount of $39,899.78; all other aspects of the judgment & commitment shall remain unchanged & in full force . Signed by Judge Carl Barbier on 6/29/06. (sek, ) (Entered: 06/29/2006) |
| 05/08/2007 | ●59 | (Court only) Mail Returned as Undeliverable re [58] Order. Mail sent to Anita Gibson. (sek, ) (Entered: 05/09/2007) |
| 09/20/2007 | ●63 | (Court only) Probation 12B Petition and Order for Offender Under Supervision as to Anita Gibson; Ordered that conditions of supervision are modified as set forth in document. Signed by Judge Lance M Africk on 9/20/07. (cc: AUSA, Probation, Willard Hill, Jr., USM) (sek, ) (Entered: 09/24/2007) |
| 09/20/2007 | ●64 | Waiver of hearing to modify conditions of probation/supervised release or extend term of supervision by Anita Gibson. (sek, ) (Entered: 09/25/2007) |
| 02/11/2008 | ●65 | Supervised Release Transferred to Northern District of Illinois, Eastern Division as to Anita Gibson. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. Signed by Judge Carl Barbier (Attachments: # 1 Letter from the Northern District of Illinois)(sek, ) (Entered: 02/14/2008) |

2/14/2008 4:31 PM

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 SEP 19   PM 2: 55

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR CONSPIRACY TO
### USE UNAUTHORIZED ACCESS DEVICES

# FELONY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. |
| | | **03-0297** |
| v. | * | SECTION: |
| | | |
| MARY GRAY | * | VIOLATION: 18 U.S.C. § 371 |
| ANITA GIBSON | | |
| JOE POTTS | * | |

SECT. J MAG. 2

\*     \*     \*

**The Grand Jury charges that:**

### COUNT 1

Beginning at a time unknown but prior to in or about August, 2002 and continuing until

on or about October 13, 2002, in the Eastern District of Louisiana and elsewhere, the defendants,

**MARY GRAY, ANITA GIBSON,** and **JOE POTTS** did knowingly and intentionally conspire,

combine, confederate, and agree with each other and with others known and unknown to the

Grand Jury to knowingly and with the intent to defraud, traffic in, and use one or more

unauthorized access devices during a one-year period to obtain anything of value aggregating

$1,000 or more, said use affecting interstate commerce, and in furtherance of the conspiracy, on

Fee_ USA
X  Process_
   Dktd_
   CtRmDep_
   Doc. No._

or about October 11, 2002, **GIBSON**, **GRAY**, and **POTTS** traveled to the Eastern District of

Louisiana from Illinois with others known and unknown for the purpose of stealing wallets,

purses, and credit cards and fraudulently using the stolen credit cards to obtain goods and cash, in

violation of Title 18, United States Code, Section 1029(a)(2); all in violation of Title 18, United

States Code, Section 371.

**A TRUE BILL:**

**JIM LETTEN**
**UNITED STATES ATTORNEY**
Bar Roll No. 8517

**JAN MASELLI MANN**
Chief, Criminal Division
Bar Roll No. 9020

**MICHAEL M. SIMPSON**
Assistant United States Attorney
Bar Roll No. 12299

**JOSEPH A. ALUISE**
Assistant United States Attorney
Bar Roll No. 24938

New Orleans, Louisiana
September 19, 2003

CLERK'S OFFICE
A TRUE COPY
FEB 1 5 2008

Deputy Clerk  U.S. District Court
Eastern District Of Louisiana
New Orleans, La

FORM OBD-34
APR 91

No.

# UNITED STATES DISTRICT COURT

Eastern ___ District of ___ Louisiana

___ Criminal ___ Division

## THE UNITED STATES OF AMERICA

vs.

**MARY GRAY**
**ANITA GIBSON**
**JOE POTTS**

### INDICTMENT

INDICTMENT FOR CONSPIRACY TO USE
UNAUTHORIZED ACCESS DEVICES

VIOLATION: **18 U.S.C. §371**

Filed in open court this _____

___ day of _September___ A.D. 2003

_____
Clerk

Bail $ _____

**JOSEPH A. KLUSE**
Assistant United States Attorney

Case 2:03-cr-00297-CJB    Document 41    Filed 03/17/2004    Page 1 of 9

245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

U.S. DISTRICT COURT
Eastern District of Louisiana

Filed
MAR 2 2 2004    en MAR 2 2 2004

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT

EASTERN                          District of                    LOUISIANA

UNITED STATES OF AMERICA              | **JUDGMENT IN A CRIMINAL CASE**
**V.**

Case Number:          03-297   J(2)

ANITA GIBSON              Willard W. Hill, Jr, 821 Baronne St., New Orleans, LA

70113
Defendant's Attorney

**THE DEFENDANT:**

X pleaded guilty to          1      on  December 3, 2003.

☐ pleaded nolo contendere to
  which was accepted by the court.

☐ was found guilty on
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Count |
|---|---|---|
| 18 USC 371 | CONSPIRACY TO USE UNAUTHORIZED ACCESS DEVICES | 1 |

    The defendant is sentenced as provided in pages 2 through 6  of this judgment.  The sentence is imposed
the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on

☐ Count(s) _____ ☐ is  ☐ are  dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change
of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment
are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material
changes in economic circumstances.

**U.S. ATTORNEY:**      **Joseph Aluise**

MARCH 17, 2004
Date of Imposition of Judgment

**PROBATION OFFICER:  David Arena**

Signature of Judge

**COURT REPORTER:**    **Karen Ibos**

CARL J. BARBIER, U.S. DISTRICT JUDGE
Name and Title of Judge

CLERK'S OFFICE
A TRUE COPY

FEB 1 5 2008

Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La

DATE OF ENTRY

MAR 2 3 2004

March 22, 2004
Date

Fee
Process
X  Dktd
CtRmDep
Doc.No.

AO 245B   (Rev. 12/03) Judgment in Criminal Case
    Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT:        ANITA GIBSON
CASE NUMBER:      03-297

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for total term of:

60 MONTHS AS TO COUNT 1.  The defendant is entitled to credit for time served from October 13, 2002 to date of sentencing.

  X  The court makes the following recommendations to the Bureau of Prisons:
     1.  That defendant be enrolled in a vocational training program.
     2.  That defendant be enrolled in drug abuse counseling/treatment.

  X  The defendant is remanded to the custody of the United States Marshal.

  ☐  The defendant shall surrender to the United States Marshal for this district:

     ☐  at _____ ☐ a.m.  ☐ p.m.  on _____ .

     ☐  as notified by the United States Marshal.

  ☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐  before 2 p.m. _____ .

     ☐  as notified by the United States Marshal.

     ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:
    Defendant delivered _____ to _____

a_____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By _____
DEPUTY UNITED STATES MARSHAL

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Case 1:03-cr-00297-CJB   Document 41   Filed 03/17/2004   Page 3 of 9

Judgment—Page __3__ of __6__

DEFENDANT:      ANITA GIBSON
CASE NUMBER:    03-297

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a

THREE (3) YEARS AS TO COUNT 1.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 2:03-cr-00297-CJB    Document 41    Filed 03/17/2004    Page 4 of 9

AO          (Rev. 12/03) Judgment in a Criminal Case
             Sheet 4B — Probation

Judgment—Page ___4___ of ___6___

DEFENDANT:        ANITA GIBSON
CASE NUMBER:      03-297

## ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

1.   The defendant shall provide the probation officer with access to any requested financial information.

2.   The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.

3.   The defendant shall participate in an orientation and life skills program as directed by the probation officer.

4.   The defendant shall participate in a program of testing and/or treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.   The defendant shall contribute to the cost of such treatment to the extent that the defendant is deemed capable by the probation officer.

5.   The defendant shall pay any restitution that is imposed by this judgment.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
          Sheet 5 — Criminal Monetary Penalties    7-CJB    Document 41    Filed 03/17/2004    Page 5 of 9

Judgment — Page ___5___ of __6__

DEFENDANT:         ANITA GIBSON
CASE NUMBER:       03-297

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|              | **Assessment** | **Fine** | **Restitution** |
|--------------|----------------|----------|-----------------|
| **TOTALS**   | $ 100.00       | $        | $ 39,889.78     |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

X  The defendant must make restitution (including community restitution) to the payees listed on the attached pages

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

☐  Restitution amount ordered pursuant to plea agreement   $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

X  the interest requirement is waived for the   ☐ fine   X restitution.

☐  the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

CURT STEWART, DERRITA MOATON, ET AL,
DOCKET NO. Various
RESTITUTION LIST

| ENTITY (CONTACT) | ADDRESS & PHONE NO. | REFERENCE ACCT. NO. VICTIM | LOSS DATE | ACTUAL LOSS |
|---|---|---|---|---|
| American Express<br>Rob Simpson | Security Department<br>1117 Perimeter Center West<br>Suite N117<br>Atlanta, GA 30338<br>(770) 350-4986<br>Fax (770) 391-0416 | Mindy Haynes Acct No.<br>3785 156113 72005 | | $92.59 |
| Associates Credit Card Services | 6400 Las Colinas Blvd<br>Irving, TX 75039-2900 | Patsy Gwynne Fitzpatrick<br>4616-5704-8910-9751 | 10/4/02 | 882.01 |
| Bank One Card and ATM Operations | Mail Code INI-4039<br>P.O. Box 1131<br>Indianapolis, IN 46277<br>fax (317) 592-5872 | Howard B. Skolnik<br>Acct No. 111 001 4747<br>897 | 10/11/02 | 164.51 |
| Bank One, NA | 450 E. Washington St.<br>Indianapolis, IN 46277<br>(317)321-1577 | Gael M. Byrnes (Check<br>No's 1020-27) | 10/5-<br>12/02 | 7057.84 |
| Best Buy (new account) | Household Bank (SB) N.A.,<br>c/o Stacy Helm, 90 Christiana<br>Road, New Castle, Delaware<br>19720, Attention: Fraud<br>Department | Howard Skolnik | 10/10/02 | 3868.94 |
| Capital One Bank | Fraud Department, Post Office<br>Box 85582, Richmond,<br>Virginia 23260, Telephone # 1-<br>800-215-1921, | Linda E. Skea | | 2368.12 |

| ENTITY (CONTACT) | ADDRESS & PHONE NO. | REFERENCE ACCT. NO. VICITM | LOSS DATE | ACTUAL LOSS |
|---|---|---|---|---|
| Charter One Bank Mastercard | 1215 Superior Ave. Cleveland, OH 44114 (216)566-7920 | Mindy Haynes | 10/11-12/02 | 1123.59 |
| Chase Bankcard Service, Inc. | One Chase Manhattan Plaza New York, NY 10081 (212)552-0934 | Gael M. Byrnes | 10/4/02 | 2359.71 |
| Citigroup Mastercard | U.S. Service Center Citi Inquiries 100 Citibank Drive P.O. Box 769004 San Antonio, TX 78245-9004 | Sharon Stepno | 9/24/02 | 542.66 |
| Discover Card | 6500 New Albany Rd. New Albany, OH 43054 (614) 283-2954 | Mindy Haynes | 10/11/02 | 72.43 |
| GE Capital Cons Card Co | Fraud Department P.O. Box 276 Dayton, OH 45401 | Howard B. Skolnik Acct No. 5046 6202 2035 9095 | 10/9/02 | 4442.57 |
| Household Bank | Fraud Department P.O. Box 15521 Wilmington, DE 19850-5521 | Howard B. Skolnik Acct No. 000 700 11911 2500 8848 | | 3874.74 |
| Household Retail Services | Fraud Department P.O. Box 15521 Wilmington, DE 19850-5521 | Carol Ingrmanson Acct No. 0007 0011 9112 4733 297 | | 3964.76 |

| ENTITY (CONTACT) | ADDRESS & PHONE NO. | REFERENCE ACCT. NO. VICTIM | LOSS DATE | ACTUAL LOSS |
|---|---|---|---|---|
| MBNA Visa and MBNA Visa Platinum | Fraud/Loss Prevention P.O. Box 15026 Wilmington, DE 19850-5026 | Linda Kirtz | 10/12/02 | 2100.00 |
| Sun Trust Bank | 7818 Parham Rd Richmond, VA 23294 (800) SunTrust | Norman and Sharon Stepno (Ck No. ) | 10/3/02 | 2559.98 |
| Target Visa / Retailers National Bank | Fraud Control Dept. Mail Stop 6C-Y POB 1470 Minneapolis, MN 55440 800-480-8236 | Carol Ingmanson | 10/4/02 | 731.61 |
| Union Bank of California | 400 California St., 1st Floor San Francisco, CA 94104 (800) 238-4486 | Patsy Gwynne Fitzpatrick | 10/11/02 | 775.00 |
| USAA MasterCard | 10750 McDermott Freeway San Antonio, TX 78288-0544 (210) 456-8000 | Carol Ingmanson Acct No. 5438 0500 0995 0748 | 9/27/02 | 40.00 |
| Washington Mutual Bank | Post Office Box 1090 Northridge, CA 91328 | Stacy Heath Acct No's: 4254360085794014 & 4420210097060015 | 10/13/02 | 15.00 |
| West Michigan Employees Credit Union | 4695 44th St. SE, Suite 180 Kentwood, MI 49512 (616) 285-5711 | Shirley Mae Meyer | 9/29/02 | 2863.72 |
| TOTAL | | | | $39,899.78 |

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Case 1:03-cr-00297-CJB   Document 41   Filed 03/17/2004   Page 9 of 9

| | |
|---|---|
| | Judgment — Page __6__ of __6__ |

DEFENDANT:   ANITA GIBSON
CASE NUMBER:   03-297

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

     ☐ not later than _____ , or
     ☐ in accordance    ☐ C ☐    D,   ☐   E, or   ☐ F below; or

**B** X Payment is to begin during incarceration .

**C** X Upon release, any unpaid balance shall be paid at a rate of $100.00 per month.

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
     _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
     term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
     imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** X Special instructions regarding the payment of criminal monetary penalties:
     Payment of the special assessment of $100.00 is due immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

X Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

**IT IS ORDERED that the defendant make restitution to such entities totaling $39,899.78, except that no further payment shall be required after the sum of the amounts actually paid by all defendants and related-case defendants in Case Nos. 03-245 "S", 03-165 "J", 03-246 "R", and 03-295 "R" have fully covered all of the compensable injuries. Any payment made by the defendant shall be divided among the entities named in proportion to their compensable injuries.**

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.