PROB 12B
Request for Modifying the Conditions or
Term of Supervision with Consent of Offender

Page 4 of 5

RE:  Client Name:  GIBSON, Anita                            Pacts No. 28785
     Docket No:   08CR00092-1

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ months, for a total term of _____ months.

☑ To modify the conditions of supervision as follows:

Participate in mental health treatment as directed by the Probation Officer.

Respectfully submitted,

Molly Howard
United States Probation Officer
Tel: 312-435-7542

Reviewed by:

Therese Fitzpatrick
Supervising U.S. Probation Officer
Tel: 312-435-5749

Enclosures:  Probation Form 49
             Judgement and Commitment Order
             Presetence Investigation Report

cc:  Victoria Peters, Associate Chief, Criminal Division
     Assistant U.S. Attorney
     U. S. Attorney's Office
     219 South Dearborn Street, 5th Floor
     Chicago, Illinois  60604

     Ms. Carol Brook
     Attorney at Law
     Federal Defender Program
     55 E. Monroe St., Suite 2800
     Chicago, IL 60603

     Anita Gibson

Case 1:08-cr-00092 Document 3 Filed 08/15/2008 Page 2 of 2

PROB 12B
Request for Modifying the Conditions or
Term of Supervision with Consent of Offender

Page 5 of 5

RE: Client Name: GIBSON, Anita  Pacts No. 28785
    Docket No: 08CR00092-1

## RECOMMENDED MODIFICATION:

☐ To extend the term of supervision for ____ months, for a total term of ____ months.
☑ To modify the conditions of supervision as follows:

Participate in mental health treatment as directed by the Probation Officer.

## THE COURT ORDERS:

☐ No Action
☐ The extension of supervision as noted above
☐ The modification of conditions as noted above
☐ Other

_____
Honorable Elaine Bucklo

8-15-08
_____
Date