PROB 49
(3/89)

8 CR 92
USA vs. Gibson

FILED
AUG 15 2008
AUG 15 2008
JUDGE ELAINE E. BUCKLO
UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Participate in mental health treatment as directed by the Probation Officer.

Witness: _____
Molly Howard
U.S. Probation Officer

Signed: _____
Anita Gibson
Signature of Probationer/Supervised Releasee

8/12/08
(Date Signed)

8-12-08
(Date Signed)